IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Lofton, Willie L | Case Number: 08 B 18276 |
|---|---|---|
| | Lofton, Jeraldine | Judge: Hollis, Pamela S |
| | Printed: 10/7/08 | Filed: 7/16/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  October 6, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Wells Fargo Financial Illinois Inc | Unsecured | 0.00 | 0.00 |
| 2. | Mortgage Services Group | Secured | | No Claim Filed |
| 3. | Bally's Total Fitness | Unsecured | | No Claim Filed |
| 4. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 5. | Bally's Total Fitness | Unsecured | | No Claim Filed |
| 6. | Bank One | Unsecured | | No Claim Filed |
| 7. | Capital One | Unsecured | | No Claim Filed |
| 8. | Cingular Wireless | Unsecured | | No Claim Filed |
| 9. | American Debt Collection | Unsecured | | No Claim Filed |
| 10. | Direct Loans | Unsecured | | No Claim Filed |
| 11. | Excel Emergency Care | Unsecured | | No Claim Filed |
| 12. | Direct Tv | Unsecured | | No Claim Filed |
| 13. | First Premier Bank | Unsecured | | No Claim Filed |
| 14. | Guaranty Bank | Unsecured | | No Claim Filed |
| 15. | Connecticut General Life Insurance | Unsecured | | No Claim Filed |
| 16. | HFC | Unsecured | | No Claim Filed |
| 17. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 18. | HCS Inc | Unsecured | | No Claim Filed |
| 19. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 20. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 21. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 22. | Ingalls Family Care Center | Unsecured | | No Claim Filed |
| 23. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 24. | Ingalls Family Care Center | Unsecured | | No Claim Filed |
| 25. | Ingalls Family Care Center | Unsecured | | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lofton, Willie L  
Lofton, Jeraldine  
Printed: 10/7/08

Case Number: 08 B 18276  
Judge: Hollis, Pamela S  
Filed: 7/16/08

| | | | |
|---|---|---|---|
| 26. | Ingalls Family Care Center | Unsecured | No Claim Filed |
| 27. | Jd Marketing | Unsecured | No Claim Filed |
| 28. | Ingalls Family Care Center | Unsecured | No Claim Filed |
| 29. | Radio Shack | Unsecured | No Claim Filed |
| 30. | Midwest Emergency | Unsecured | No Claim Filed |
| 31. | Nicor Gas | Unsecured | No Claim Filed |
| 32. | Northwestern Medical Faculty | Unsecured | No Claim Filed |
| 33. | Payday Loan | Unsecured | No Claim Filed |
| 34. | United Cash | Unsecured | No Claim Filed |
| 35. | Sears / Citibank SD | Unsecured | No Claim Filed |
| 36. | SBC | Unsecured | No Claim Filed |
| 37. | Robert Morris College | Unsecured | No Claim Filed |
| 38. | St. James Hospital | Unsecured | No Claim Filed |
| 39. | US Cellular | Unsecured | No Claim Filed |
| 40. | South Suburban Cardiology | Unsecured | No Claim Filed |
| 41. | Southwest Laboratory Physican | Unsecured | No Claim Filed |
| 42. | Sonic Payday | Unsecured | No Claim Filed |
| 43. | T Mobile USA | Unsecured | No Claim Filed |
| 44. | US Bank | Unsecured | No Claim Filed |
| 45. | United States Dept Of Education | Unsecured | No Claim Filed |
| 46. | Sears / Citibank SD | Unsecured | No Claim Filed |
| 47. | Wells Fargo | Unsecured | No Claim Filed |
| 48. | Illinois Student Assistance Commission | Unsecured | No Claim Filed |

$ 0.00              $ 0.00

## TRUSTEE FEE DETAIL

Fee Rate          Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*